**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHIEL SEXTON COMPANY, INC., | ) | CAUSE NO. 1:17-CV-2204-RLY-DML |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HANOVER INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Plaintiff having filed its Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned cause of action is hereby ORDERED dismissed, without prejudice.

Dated:   8/22/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record